UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONIA J. SLEIGHT,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____/

Case No.   11-13109

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Order entered on June 04, 2012, the case is REMANDED for further Administrative Proceedings.

                                                    DAVID WEAVER

Dated: June 4, 2012          By: s/Julie Owens
                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 4, 2012, by electronic and/or ordinary mail.

                                              S/Julie Owens
                                              Case Manager, (313) 234-5160