UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONIA SLEIGHT,

        Plaintiff,

Case No.    11-13109

HONORABLE AVERN COHN

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## JUDGMENT FOR ATTORNEY FEES

For the reasons stated in the Order Granting in Part and Denying in Part Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act entered on September 12, 2012 attorney fees are awarded in the amount of 1,290.00.

DAVID WEAVER

Dated: September 12, 2012

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 12, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160